# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIM AND ROBYN PRENDERGAST, *as next friends of L.P.*, | § § § | |
| Plaintiffs, | § § | ACTION NO. 4:18-CV-20 |
| v. | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| WYLIE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 4, 2018, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #46) that Defendant Wylie Independent School District's ("Defendant") Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #33) be **DENIED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #33) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 20th day of December, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE